ZENITH REAL ESTATE TRUST, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 41412.   Promulgated December 12, 1930.

*Arnold R. Baar, Esq.*, and *Arthur R. Foss, Esq.*, for the petitioner.
*Bruce A. Low, Esq.*, for the respondent.

### OPINION.

MARQUETTE: The facts herein are not materially different from the facts in *Russell Tyson et al., Trustees*, 20 B. T. A. 597. Upon the authority of the decision therein, the petitioner is held to constitute an association and is taxable as a corporation.

Reviewed by the Board.

*Judgment will be entered for the respondent.*

TRAMMELL and VAN FOSSAN dissent.